July 11, 2025

Chief Judge Martin Glenn
One Bowling Green
New York, NY 10004-1408



Chief Judge Martin Glenn:

We are a collective of friends and family—many of whom reside in downtown Manhattan—of litigants who have appeared before Judge Kathleen Waterman-Marshall in various matrimonial matters. We write in reference to the filing submitted to your Court on July 2, 2025, by Mr. Tiku Natauri, the Debtor in case 24-10092-mg currently under the supervision of Trustee Gregory Messer.

We submit this letter in support of Mr. Natauri, who, in our view, has endured extraordinary and unjust treatment at the hands of Judge Waterman. Because of a series of outrageous decisions made by Judge Waterman, Mr. Natauri was left with no choice but to file for bankruptcy. This has caused irreparable harm to him and his family, whom many of us know and respect.

We do not write merely as friends and family of dissatisfied litigants, but as firsthand witnesses to what we believe to be systemic misconduct within the matrimonial division at 60 Centre Street. We are particularly concerned by Judge Waterman's apparent pattern of disregarding the orders of federal judges, including violations of automatic stays. These actions, in our opinion, demonstrate a troubling disregard for judicial ethics and the rule of law.

Notably, Judge Waterman's conduct has attracted public scrutiny, including being confronted on camera by Emmy Award-winning NBC reporter Sarah Wallace, an encounter that raises further concerns about the propriety of her behavior on and off the bench.

We also wish to draw your attention to what appears to be a broader pattern of misconduct involving multiple attorneys. As Mr. Natauri outlines in his filing, one of the Blank Rome attorneys involved, Mr. Brett Ward, is documented in transcripts, emails, and court filings as having violated an automatic stay in 2022 and allegedly attempted to reframe a civil contempt matter as criminal to circumvent bankruptcy protections. We are aware of similar conduct by Mr. Ward in other matters, including that of Dr. Sanjay Tewari.

We are concerned that these instances may reflect deeper issues of collusion or improper influence, potentially involving a network of attorneys with certain academic affiliations. As Mr. Natauri has noted, both Judge Waterman and Mr. Ward are graduates of Cardozo Law School, as are several other attorneys named in his latter—Jaime Weiss, Jonathan Nelson,

1

and Karen Rosenthal. We have submitted complaints to the Attorney Grievance Committee and are providing supporting documentation, including transcripts and court orders.

We bring these matters to your attention because we believe they warrant serious review. We respectfully ask that you consider these concerns as part of any broader inquiry and hope that the Bankruptcy Court will coordinate with the Department of Justice as appropriate to ensure accountability and uphold the integrity of the judicial system.

Thank you for your time and consideration.

Respectfully,

On behalf of concerned friends and family of Mr. Tiku Natauri

CC:

Hon. Adam Silvera et al.

Congresswoman Elise Stefanik

Attorney Grievance Committee et al.