**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

In re: TIKU GOVINO NATAURI          §          Case No. 24-10092
                                    §
                                    §
                                    §
         Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Gregory Messer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $139,150.11 | Assets Exempt: | $48,129.63 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $58,225.22 | Claims Discharged Without Payment: | $5,740,852.80 |
| Total Expenses of Administration: | $7,069.53 | | |

3) Total gross receipts of $65,294.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $65,294.75 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $7,069.53 | $7,069.53 | $7,069.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $907,950.00 | $198,960.74 | $198,960.74 | $58,225.22 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $5,418,570.98 | $322,281.82 | $322,281.82 | $0.00 |
| **TOTAL DISBURSEMENTS** | $6,326,520.98 | $528,312.09 | $528,312.09 | $65,294.75 |

4) This case was originally filed under chapter 7 on 01/24/2024.  The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/15/2025                    By: /s/ Gregory Messer
                                           Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ETRade investment account x3480 | 1129-000 | $65,294.75 |
| **TOTAL GROSS RECEIPTS** | | **$65,294.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Gregory Messer | 2100-000 | NA | $6,514.74 | $6,514.74 | $6,514.74 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $554.79 | $554.79 | $554.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,069.53 | $7,069.53 | $7,069.53 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | New York State Department of Taxation & Finance | 5800-000 | NA | $46,277.15 | $46,277.15 | $12,405.76 |
| 4P | IRS CENTER | 5800-000 | NA | $146,004.29 | $146,004.29 | $39,140.16 |
| 9 | Jyothsna Natauri | 5100-000 | $0.00 | $6,679.30 | $6,679.30 | $6,679.30 |
| N/F | IRS | 5800-000 | $58,565.00 | NA | NA | NA |
| N/F | IRS | 5800-000 | $53,327.00 | NA | NA | NA |
| N/F | IRS | 5800-000 | $34,637.00 | NA | NA | NA |
| N/F | IRS | 5800-000 | $49,669.00 | NA | NA | NA |
| N/F | IRS | 5800-000 | $26,101.00 | NA | NA | NA |
| N/F | New York State Processing Center | 5800-000 | $0.00 | NA | NA | NA |
| N/F | New York State Processing Center | 5800-000 | $7,907.00 | NA | NA | NA |
| N/F | New York State Processing Center | 5800-000 | $15,473.00 | NA | NA | NA |
| N/F | New York State Processing Center | 5800-000 | $12,720.00 | NA | NA | NA |
| N/F | New York State Processing Center | 5800-000 | $17,123.00 | NA | NA | NA |
| N/F | New York State Tax Dept | 5800-000 | $15,473.00 | NA | NA | NA |
| N/F | New York State Tax Dept | 5800-000 | $17,123.00 | NA | NA | NA |
| N/F | New York State Tax Dept | 5800-000 | $17,123.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | New York State Tax Dept | 5800-000 | $15,473.00 | NA | NA | NA |
| N/F | New/ York State Tax Dept | 5800-000 | $12,720.00 | NA | NA | NA |
| N/F | New/ York State Tax Dept | 5800-000 | $12,720.00 | NA | NA | NA |
| N/F | New/York State Tax Dept. | 5800-000 | $16,115.00 | NA | NA | NA |
| N/F | New/York State Tax Dept. | 5800-000 | $16,115.00 | NA | NA | NA |
| N/F | United States Internal Revenue Svce | 5800-000 | $34,637.00 | NA | NA | NA |
| N/F | United States Internal Revenue Svce | 5800-000 | $58,565.00 | NA | NA | NA |
| N/F | United States Internal Revenue Svce | 5800-000 | $53,327.00 | NA | NA | NA |
| N/F | United States Internal Revenue Svce | 5800-000 | $58,565.00 | NA | NA | NA |
| N/F | United States Internal Revenue Svce | 5800-000 | $58,585.00 | NA | NA | NA |
| N/F | United States Internal Revenue Svce | 5800-000 | $49,669.00 | NA | NA | NA |
| N/F | United States Internal Revenue Svce | 5800-000 | $34,637.00 | NA | NA | NA |
| N/F | United States Internal Revenue Svce | 5800-000 | $58,585.00 | NA | NA | NA |
| N/F | United States Internal Revenue Svce | 5800-000 | $49,669.00 | NA | NA | NA |
| N/F | United States Internal Revenue Svce | 5800-000 | $53,327.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$907,950.00** | **$198,960.74** | **$198,960.74** | **$58,225.22** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## **EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | New York State Department of Taxation & Finance | 7100-000 | NA | $25,936.64 | $25,936.64 | $0.00 |
| 2 | Discover Bank | 7100-000 | NA | $19,703.51 | $19,703.51 | $0.00 |
| 3 | American Express National Bank | 7100-000 | NA | $16,053.17 | $16,053.17 | $0.00 |
| 4U | IRS CENTER | 7100-000 | NA | $74,285.96 | $74,285.96 | $0.00 |
| 5 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $65,654.39 | $65,654.39 | $0.00 |
| 6 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $21,901.84 | $21,901.84 | $0.00 |
| 7 | American Express National Bank | 7100-000 | NA | $48,634.81 | $48,634.81 | $0.00 |
| 8 | Held, Kranzler, McCosker & Pulice LLP | 7100-000 | NA | $13,606.25 | $13,606.25 | $0.00 |
| 10 | Ford Motor Credit Company, LLC | 7100-000 | NA | $36,505.25 | $36,505.25 | $0.00 |
| N/F | null | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American Express | 7100-000 | $48,651.13 | NA | NA | NA |
| N/F | American Express | 7100-000 | $16,053.17 | NA | NA | NA |
| N/F | American Express "Green" | 7100-000 | $48,651.13 | NA | NA | NA |
| N/F | American Express "Green" | 7100-000 | $48,651.13 | NA | NA | NA |
| N/F | Amex "Platinum" | 7100-000 | $47,324.13 | NA | NA | NA |
| N/F | Amex "Platinum" | 7100-000 | $47,324.13 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Balestriere Fariello | 7100-000 | $20,220.88 | NA | NA | NA |
| N/F | Balestriere Fariiello | 7100-000 | $20,220.00 | NA | NA | NA |
| N/F | Balestriere Fariiello | 7100-000 | $20,220.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $75,345.63 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $75,345.63 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $75,345.63 | NA | NA | NA |
| N/F | Barclays | 7100-000 | $60,357.46 | NA | NA | NA |
| N/F | Barclays Jetblue | 7100-000 | $60,357.46 | NA | NA | NA |
| N/F | Barclays Jetblue | 7100-000 | $60,357.46 | NA | NA | NA |
| N/F | Bender & Crane (FKA Etender Rosenthal) | 7100-000 | $18,557.48 | NA | NA | NA |
| N/F | Bender Rosenthal (Bender & Crane) | 7100-000 | $18,557.48 | NA | NA | NA |
| N/F | Bender Rosenthal (Bender & Crane) | 7100-000 | $18,557.48 | NA | NA | NA |
| N/F | Bettina Thomsen | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Bronstein Ven Veen | 7100-000 | $171,483.10 | NA | NA | NA |
| N/F | Bronstein Ven Veen | 7100-000 | $171,483.10 | NA | NA | NA |
| N/F | Chase Card Member Services | 7100-000 | $65,614.00 | NA | NA | NA |
| N/F | Chase Card Member Services | 7100-000 | $65,614.00 | NA | NA | NA |
| N/F | Chase Cardmember Services | 7100-000 | $65,614.39 | NA | NA | NA |
| N/F | Chase Cardmember Services | 7100-000 | $21,904.84 | NA | NA | NA |
| N/F | Chase United Cardmember Services | 7100-000 | $21,901.84 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Chase United Cardmember Services | 7100-000 | $21,901.84 | NA | NA | NA |
| N/F | Comprehensive Family Services | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Comprehensive Family Services | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Di Fabio & Associates | 7100-000 | $30,000.00 | NA | NA | NA |
| N/F | DiFabio Law Fiirm | 7100-000 | $1.00 | NA | NA | NA |
| N/F | DiFabio Law Fiirm | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Diamond Fee & Kalos | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Diamond Fee & Kalos Esqs. | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Discover | 7100-000 | $19,371.18 | NA | NA | NA |
| N/F | Discover Card | 7100-000 | $19,371.18 | NA | NA | NA |
| N/F | Discover Card | 7100-000 | $19,371.18 | NA | NA | NA |
| N/F | FedEx | 7100-000 | $11.10 | NA | NA | NA |
| N/F | Federal Express | 7100-000 | $22.00 | NA | NA | NA |
| N/F | Federal Express | 7100-000 | $22.00 | NA | NA | NA |
| N/F | HKMP | 7100-000 | $28,606.25 | NA | NA | NA |
| N/F | HKMP | 7100-000 | $28,606.25 | NA | NA | NA |
| N/F | HKMP | 7100-000 | $28,606.25 | NA | NA | NA |
| N/F | Held Kranzler Esqs. | 7100-000 | $28,606.00 | NA | NA | NA |
| N/F | Held Kranzler Esqs. | 7100-000 | $28,606.00 | NA | NA | NA |
| N/F | Jyothsna Natauri | 7100-000 | $22,000.00 | NA | NA | NA |
| N/F | Jyothsna Natauri | 7100-000 | $22,000.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Mathew Secrest | 7100-000 | $285,000.00 | NA | NA | NA |
| N/F | Matthew Secrest | 7100-000 | $285,000.00 | NA | NA | NA |
| N/F | Matthew Secrest | 7100-000 | $285,000.00 | NA | NA | NA |
| N/F | New York Life Insurance | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | New York Life Insurance | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | New York Life Insurance | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Paykin Krieg & Adams | 7100-000 | $30,000.00 | NA | NA | NA |
| N/F | Paykin Krieg Law | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Paykin Krieg Law | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Polymath Holdings c/o Walkers | 7100-000 | $791,143.91 | NA | NA | NA |
| N/F | Polymath Holdings c/o Walkers | 7100-000 | $791,143.91 | NA | NA | NA |
| N/F | Polymath c/o Walkers | 7100-000 | $849,585.80 | NA | NA | NA |
| N/F | RFB+Fisher Potter Hodas (FKA Bronstein Van Veen) | 7100-000 | $171,483.10 | NA | NA | NA |
| N/F | Receivable Management | 7100-000 | $49.00 | NA | NA | NA |
| N/F | Receivable Management | 7100-000 | $49.00 | NA | NA | NA |
| N/F | Receivable Management Services | 7100-000 | $68.59 | NA | NA | NA |
| N/F | Sipsas P.C. | 7100-000 | $6,603.00 | NA | NA | NA |
| N/F | Sipsas P.C. | 7100-000 | $6,603.00 | NA | NA | NA |
| N/F | Sipsas PC | 7100-000 | $6,603.56 | NA | NA | NA |
| N/F | TD Bank | 7100-000 | $16,922.20 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | William Beslow | 7100-000 | $30,000.00 | NA | NA | NA |
| N/F | William Beslow Esq. | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | William Beslow Esq. | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | William Kaplan | 7100-000 | $6,250.00 | NA | NA | NA |
| N/F | William Kaplan Esq. | 7100-000 | $6,250.00 | NA | NA | NA |
| N/F | William Kaplan Esq. | 7100-000 | $6,250.00 | NA | NA | NA |
| N/F | William Kaplan Esq. | 7100-000 | $6,250.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$5,418,570.98** | **$322,281.82** | **$322,281.82** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 24-10092
Case Name: TIKU GOVINO NATAURI
For Period Ending: 07/15/2025

Trustee Name: (520009) Gregory Messer
Date Filed (f) or Converted (c): 01/24/2024 (f)
§ 341(a) Meeting Date: 03/01/2024
Claims Bar Date: 07/12/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bedroom furniture, dining set, small appliances | 750.00 | 0.00 | | 0.00 | FA |
| 2 | Big Screen television, audio set, desk top<br>computer, pringer, scanner, cell phone | 1,250.00 | 0.00 | | 0.00 | FA |
| 3 | Men's suits, men's casual wear, boys clothing | 500.00 | 0.00 | | 0.00 | FA |
| 4 | One mans's gold ring | 125.00 | 0.00 | | 0.00 | FA |
| 5 | Children's books, back packs. writing and drawing materials | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 175.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account with Chase Bank | 1,501.27 | 0.00 | | 0.00 | FA |
| 8 | First Republic acctx 700 checking | 1.00 | 0.00 | | 0.00 | FA |
| 9 | First Republic acctx 176 checking | 1.02 | 0.00 | | 0.00 | FA |
| 10 | First Republic acctx 293 checking (u) | 22,822.00 | 0.00 | | 0.00 | FA |
| 11 | First Republic acctx 789 checking | 8,032.87 | 8,032.87 | | 0.00 | FA |
| 12 | ETRade investment account x3480 | 60,001.00 | 60,001.00 | | 65,294.75 | FA |
| 13 | Interactive Broker account x744 | 1,719.65 | 1,719.65 | | 0.00 | FA |
| 14 | Interactive Broker account x346 | 1,759.00 | 1,759.00 | | 0.00 | FA |
| 15 | ETRade IRA | 15,921.61 | 0.00 | | 0.00 | FA |
| 16 | ETRade IRA | 709.00 | 0.00 | | 0.00 | FA |
| 17 | Security deposit with Landlord | 5,000.00 | 0.00 | | 0.00 | FA |
| 18 | Pending claims against Debtor's ex-wife, employe (u)<br>and attorneys arising from divorce action. Debtor v Jyothsna Adult Survivors Act action, index no. 452377/2023 | 0.00 | Unknown | | 0.00 | FA |
| 19 | 2023 Ford F-150 Crew Cab Raptor | 78,632.69 | 0.00 | | 0.00 | FA |
| 19 | **Assets Totals (Excluding unknown values)** | **$199,151.11** | **$71,512.52** | | **$65,294.75** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 24-10092  
**Case Name:** TIKU GOVINO NATAURI  
**For Period Ending:** 07/15/2025

**Trustee Name:** (520009) Gregory Messer  
**Date Filed (f) or Converted (c):** 01/24/2024 (f)  
**§ 341(a) Meeting Date:** 03/01/2024  
**Claims Bar Date:** 07/12/2024

**Major Activities Affecting Case Closing:**

7/29/2024 - The Trustee contacted the Debtor's attorney and made a demand for the non-exempt funds to be turned over.

5/30/2024 - The Trustee re-examined the Debtor at the 341a meeting. The Debtor has non exempt funds that the Trustee has made a demand for the turnover of the non exempt funds.

4/8/2024 - The Trustee extended his time to object to the discharge of the Debtor through 12/2/24.

3/6/2024 - The Trustee requested to see the Debtors bank statemnets, returns, loan agreements, loan agreement and credit application for the Debtor's automobile.

3/1/2024 - The Trustee examined the Debtor at the 341a meeting.

**Initial Projected Date Of Final Report (TFR):** 09/01/2025  
**Current Projected Date Of Final Report (TFR):** 03/18/2025 (Actual)

07/15/2025  
Date

/s/Gregory Messer  
Gregory Messer

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 24-10092 | Trustee Name: | Gregory Messer (520009) |
|---|---|---|---|
| Case Name: | TIKU GOVINO NATAURI | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***4272 | Account #: | ******6715 Checking Account |
| For Period Ending: | 07/15/2025 | Blanket Bond (per case limit): | $43,796,992.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/12/24 | {12} | TIKU NATAUR | Turnover of account | 1129-000 | 1.75 | | 1.75 |
| 08/16/24 | {12} | TIKA GOVINO NATAURI | TURN OVER OF NON EXEMPT BANK ACCOUNT | 1129-000 | 25,000.00 | | 25,001.75 |
| 08/19/24 | {12} | TIKU GOVINO NATURI | TURN OVER OF NON EXEMPT BANK ACCOUNT | 1129-000 | 17,848.00 | | 42,849.75 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 29.10 | 42,820.65 |
| 09/06/24 | {12} | TIKU GOVINO NATAURI | TURN OVER OF NON EXEMPT ACCOUNT | 1129-000 | 16,631.00 | | 59,451.65 |
| 09/06/24 | {12} | TIKU GOVINO NATAURI | TURN OVER OF NON EXEMPT ACCOUNT | 1129-000 | 5,814.00 | | 65,265.65 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 92.46 | 65,173.19 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 114.59 | 65,058.60 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 97.05 | 64,961.55 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 114.21 | 64,847.34 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 107.38 | 64,739.96 |
| 05/20/25 | 101 | Gregory Messer | Distribution payment - Dividend paid at 100.00% of $6,514.74; Claim # FEE; Filed: $6,514.74 | 2100-000 | | 6,514.74 | 58,225.22 |
| 05/20/25 | 102 | Jyothsna Natauri | Distribution payment - Dividend paid at 100.00% of $6,679.30; Claim # 9; Filed: $6,679.30 | 5100-000 | | 6,679.30 | 51,545.92 |
| 05/20/25 | 103 | New York State Department of Taxation & Finance | Distribution payment - Dividend paid at 26.81% of $46,277.15; Claim # 1P; Filed: $46,277.15 | 5800-000 | | 12,405.76 | 39,140.16 |
| 05/20/25 | 104 | IRS CENTER | Distribution payment - Dividend paid at 26.81% of $146,004.29; Claim # 4P; Filed: $146,004.29 | 5800-000 | | 39,140.16 | 0.00 |
| | | **COLUMN TOTALS** | | | 65,294.75 | 65,294.75 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 65,294.75 | 65,294.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$65,294.75** | **$65,294.75** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-10092 | **Trustee Name:** | Gregory Messer (520009) |
| **Case Name:** | TIKU GOVINO NATAURI | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***4272 | **Account #:** | ******6715 Checking Account |
| **For Period Ending:** | 07/15/2025 | **Blanket Bond (per case limit):** | $43,796,992.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $65,294.75 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $65,294.75 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6715 Checking Account | $65,294.75 | $65,294.75 | $0.00 |
| | **$65,294.75** | **$65,294.75** | **$0.00** |

07/15/2025
Date

/s/Gregory Messer
Gregory Messer

UST Form 101-7-TDR (10 /1/2010)