**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In re

                                                                                         Chapter 7

       Tiku Govino Natauri               Case No. 24-10092 (MG)

-----------------------------------------------------------x

### ORDER SCHEDULING STATUS CONFERENCE

The Court will hold a status conference on Tuesday, August 13, 2025 at 11:00 AM using Zoom for Government.[1]

**THE DEBTOR'S ATTORNEY, MORSE GELLER, IS REQUIRED TO APPEAR AT THE HEARING ON ZOOM.**

**IT IS SO ORDERED.**

Dated: New York, New York
       July 28, 2025                                       */s/Martin Glenn*
                                              THE HONORABLE MARTIN GLENN
                                              CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing. Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, http://www.nysb.uscourts.gov/ecourt-appearances or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. Appearances must be entered on or before 4:00 p.m. prevailing Eastern Time on September 11, 2023. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.