# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

---

| | |
|---|---|
| IN RE: Tiku Govino Natauri | CASE NO.: 24−10092−mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−7573 | CHAPTER: 7 |

---

## NOTICE OF HEARING TO HOLD MORSE GELLER IN CIVIL CONETMPT

PLEASE TAKE NOTICE that a Hybrid Hearing will take place on September 4, 2025, at 2:00 p.m., prevailing Eastern Time (the Hearing) before the Honorable Martin Glenn, Chief United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, in Courtroom 523.

PLEASE TAKE FURTHER NOTICE that, on August 13, 2025 at 10:00 a.m., this Court conducted a case management conference for the above captioned debtor (the Debtor). In advance of the hearing, the Court entered the Order Scheduling Status Conference, [ECF Doc. # 58] (the Order). The Order provided in bold typeface, THE DEBTORS ATTORNEY, MORSE GELLER, IS REQUIRED TO APPEAR AT THE HEARING ON ZOOM. Mr. Geller failed to attend the hearing.

PLEASE TAKE FURTHER NOTICE that the Hearing on September 4, 2025 at 2:00 PM will be conducted hybrid fashion both in person and via Zoom for Government. Parties wishing to appear at the Hearing, whether making a live or listen only appearance before the Court, need to make an electronic appearance through the Courts website at https://www.nysb.uscourts.gov/ecourt−appearances on or before 4:00 p.m. (prevailing Eastern Time) on September 3, 2025. After the deadline for parties to make electronic appearances passes, parties who have made their electronic appearance through the Courts website will receive an invitation from the Court with the Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link will not be made by emailing the Court. Further information on the use of Zoom for Government can be found at the Courts website at https://www.nysb.uscourts.gov/zoom−video−hearing−guide.

PLEASE TAKE FURTHER NOTICE that Mr. Geller is required to appear in person, while the Debtor and the U.S. Trustee may appear either in person or by Zoom for Government.

Dated: August 14, 2025                                        Vito Genna
                                                              Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:  Case No. 24-10092-mg

Tiku Govino Natauri  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1  User: admin  Page 1 of 3
Date Rcvd: Aug 14, 2025  Form ID: 143  Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiku Govino Natauri, 3210 Riverdale Avenue, Apartment 11A, Bronx, NY 10463-3695 |
| unk | + | Jyothsna Natauri, 50 West Street, Apt. 56A, New York, NY 10006-2951 |
| 8433622 | + | Balestriere PLLC, 225 Broadway, 29th Floor, New York, NY 10007-3090 |
| 8433625 | + | Bender & Crane LLP, 99 Madison Avenue, 8th Floor, New York, NY 10016-7419 |
| 8433626 | + | Bettina Thomsen, 26 Court Street, Brooklyn, NY 11242-0103 |
| 8433629 | + | Diamond Fee & Kalos, 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 8482822 | + | Held, Kranzler, McCosker & Pulice LLP, 104 West 40th Street, 10th Floor, United States, New York, NY 10018-3680 |
| 8433635 | + | Jyothsna Natauri, 50 West Street #PH56A, New York, NY 10006-2900 |
| 8443764 | + | Kriby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583-5013, Attn: Erica Aisner, Esq. |
| 8433636 | + | Matthew Secrest, 1406 Alameda Drive, Austin, TX 78704-2511 |
| 8433637 |   | New York Life Insurance, PO Box 130539, Dallas TX 75313-0539 |
| 8451352 | + | New York State, Processing Center, PO Box 15555, Albany, NY 12212-5555 |
| 8433639 |   | Polymath Holdings, c/o Walkers, 190 Elgin Avenue, George Town, Grand Cayman, KY1-9001 Cayman Islands |
| 8433640 | + | Receivable Management, PO box 5000, Fogelsville, PA 18051-5000 |
| 8433641 | + | Rottenstreich Farley Bronstein Fisher Potter Hodas, 500 Park Avenue, 8th Floor, New York, NY 10022-1606 |
| 8433642 | ++++ | SIPSAS, P.C., 3116 30TH AVE STE LL2, ASTORIA NY 11102-1545 address filed with court:, Sipsas, P.C., 31-16 30th Ave #201, Astoria, NY 11102 |
| 8433643 | + | STATE PROCESSING CENTER, P.O. BOX 15555, ALBANY, NY 12212-5555 |
| 8433645 | + | William Beslow, 375 Greenwich Street, 7th Floor, New York, NY 10013-2376 |
| 8433646 | + | William Kaplan, 350 Central Park West, 13th Floor, Suite I, New York, NY 10025-6547 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Aug 14 2025 19:12:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 14 2025 19:12:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Aug 14 2025 19:12:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 14 2025 19:14:46 | Ford Motor Credit Company LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 8440870 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 14 2025 19:14:48 | AIS Portfolio Services LLC, attn: Ford Motor Credit Compan, 4515 N Santa Fe Ave, Oklahoma |

24-10092-mg    Doc 60    Filed 08/16/25    Entered 08/17/25 00:09:40    Imaged
                         Certificate of Notice    Pg 3 of 4

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 143 | Total Noticed: 38 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | City, OK 73118-7901 |
| 8433621 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2025 19:14:46 | AMERICAN EXPRESS, P.O. BOX 1270, NEWARK NJ 07101-1270 |
| 8463576 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2025 19:14:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8433623 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 14 2025 19:12:00 | Bank of America, P.O. Box 672050, Dallas TX 75267-2050 |
| 8433624 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 14 2025 19:12:00 | Barclays, PO BOX 13337, PHILADELPHIA PA 19101-3337 |
| 8433627 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2025 19:14:46 | Chase CARDMEMBER SERVICE, PO BOX 1423, CHARLOTTE NC 28201-1423 |
| 8433631 | + | Email/Text: mrdiscen@discover.com | Aug 14 2025 19:12:00 | DISCOVER, PO BOX 70176, PHILADELPHIA PA 19176-0176 |
| 8458986 | | Email/Text: mrdiscen@discover.com | Aug 14 2025 19:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 8433632 | ^ | MEBN | Aug 14 2025 19:07:28 | FedEx, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 8483681 | | Email/Text: EBNBKNOT@ford.com | Aug 14 2025 19:12:00 | Ford Motor Credit Company, LLC, PO Box 650004, Dallas, TX 75265-0004 |
| 8521517 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 14 2025 19:14:46 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 8433634 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2025 19:12:00 | IRS CENTER, P.O. BOX 931000, LOUISVILLE, KY 40293-1000 |
| 8464941 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 14 2025 19:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 8458584 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 14 2025 19:12:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 8433644 | + | Email/Text: bankruptcy@td.com | Aug 14 2025 19:12:00 | TD BANK, N.A., PO BOX 100290, COLUMBIA SC 29202-3290 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | AIS Portfolio Services LLC |
| unk | | Ford Motor Credit Company, LLC |
| unk | | On behalf of concerned friends and family of Mr. T |
| 8467483 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8464943 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 8433628 | ##+ | Comprehensive Family Services, 450 Lexington Avenue, 4th Floor, New York, NY 10017-3912 |
| 8433630 | ##+ | Di Fabio & Associates, 2500 Westchester Ave, Suite 107, Purchase, NY 10577-2515 |
| 8433633 | ##+ | HKMP, 104 West 40th Street, 12th Floor, New York, NY 10018-3661 |
| 8433638 | ##+ | Paykin Krieg & Adams, 2500 Westchester Ave, Suite 107, Purchase, NY 10577-2515 |

TOTAL: 3 Undeliverable, 2 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0208-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 143 | Total Noticed: 38 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025                     Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Erica Feynman Aisner | on behalf of Unknown Jyothsna Natauri eaisner@kacllp.com bleonardo@kacllp.com;aisner.ericab112129@notify.bestcase.com;ktuli@kacllp.com |
| George Fontana, Jr | on behalf of Creditor Ford Motor Credit Company LLC gfontana@fontananapolitano.com  rnapolitano@fontananapolitano.com |
| Gregory M. Messer | on behalf of Trustee Gregory M. Messer lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com |
| Gregory M. Messer | lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com |
| Linda Riffkin | on behalf of U.S. Trustee United States Trustee linda.riffkin@usdoj.gov |
| Morse Geller | on behalf of Debtor Tiku Govino Natauri mgadv1@aol.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 7