UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
In re:                                              : Chapter 7
                                                    :
    Tiku Govino Natauri                  : Case No. 24-10092 (MG)
                                                    :
                     Debtor(s)            :
---------------------------------- x

## ORDER ADJOURNING HEARING TO HOLD MORSE GELLER IN CIVIL CONTEMPT

    A hybrid hearing to hold Morse Geller in Civil Contempt is scheduled before Chief Judge Martin Glenn on September 4, 2025 at 2 PM in Courtroom 523 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 Using Zoom for Government.  It is hereby,

    ORDERED, that the hearing will be moved to September 4, 2025 at 3 PM in Courtroom 523.[1] THE DEBTORS ATTORNEY, MORSE GELLER, IS REQUIRED TO APPEAR IN PERSON,  WHILE THE DEBTOR AND THE U.S. TRUSTEE MAY APPEAR EITHER IN PERSON OR BY ZOOM FOR GOVERNMENT.

Dated:  September 3, 2025

    New York, New York

                                                        /s/Martin Glenn
                                                 Chief United States Bankruptcy Judge

---

[1] The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing.  Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn.  Appearances must be entered on or before 4:00 p.m. prevailing Eastern Time on September 12, 2022. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.