**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:

    Tiku Govino Natauri

                Debtor.

Chapter 7

Case No. 24-10092 (MG)

------------------------------------------------------------------------x

**<u>ORDER DISCHARGING ORDER TO SHOW CAUSE TO HOLD MORSE GELLER IN CIVIL CONTEMPT AND CLOSING CHAPTER 7 CASE</u>**

**MARTIN GLENN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

    A hearing to hold Morse Geller in Civil Contempt was held on September 4, 2025 at 2 PM in Courtroom 523. For the reasons stated on the record at the hearings on August 13, 2025 and September 4, 2025, the Order to Show Cause is Discharged without imposing sanctions and the case is **CLOSED**.

    **IT IS SO ORDERED.**

DATED:    September 5, 2025

                                               _/s/ Martin Glenn_
                                              MARTIN GLENN
                                  Chief United States Bankruptcy Judge