| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Tiku Govino Natauri<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–7573<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court | Southern District of New York | |
| Case number: | 24–10092–mg | |

## Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tiku Govino Natauri

9/4/25                                                              **By the court:** Martin Glenn
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 24-10092-mg |
| Tiku Govino Natauri | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 04, 2025 | Form ID: 318 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiku Govino Natauri, 3210 Riverdale Avenue, Apartment 11A, Bronx, NY 10463-3695 |
| unk | + | Jyothsna Natauri, 50 West Street, Apt. 56A, New York, NY 10006-2951 |
| 8433622 | + | Balestriere PLLC, 225 Broadway, 29th Floor, New York, NY 10007-3090 |
| 8433625 | + | Bender & Crane LLP, 99 Madison Avenue, 8th Floor, New York, NY 10016-7419 |
| 8433626 | + | Bettina Thomsen, 26 Court Street, Brooklyn, NY 11242-0103 |
| 8433629 | + | Diamond Fee & Kalos, 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 8482822 | + | Held, Kranzler, McCosker & Pulice LLP, 104 West 40th Street, 10th Floor, United States, New York, NY 10018-3680 |
| 8433635 | + | Jyothsna Natauri, 50 West Street #PH56A, New York, NY 10006-2900 |
| 8443764 | + | Kriby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583-5013, Attn: Erica Aisner, Esq. |
| 8433636 | + | Matthew Secrest, 1406 Alameda Drive, Austin, TX 78704-2511 |
| 8433637 | | New York Life Insurance, PO Box 130539, Dallas TX 75313-0539 |
| 8451352 | + | New York State, Processing Center, PO Box 15555, Albany, NY 12212-5555 |
| 8433639 | | Polymath Holdings, c/o Walkers, 190 Elgin Avenue, George Town, Grand Cayman, KY1-9001 Cayman Islands |
| 8433640 | + | Receivable Management, PO box 5000, Fogelsville, PA 18051-5000 |
| 8433641 | + | Rottenstreich Farley Bronstein Fisher Potter Hodas, 500 Park Avenue, 8th Floor, New York, NY 10022-1606 |
| 8433642 | ++++ | SIPSAS, P.C., 3116 30TH AVE STE LL2, ASTORIA NY 11102-1545 address filed with court:, Sipsas, P.C., 31-16 30th Ave #201, Astoria, NY 11102 |
| 8433643 | + | STATE PROCESSING CENTER, P.O. BOX 15555, ALBANY, NY 12212-5555 |
| 8433645 | + | William Beslow, 375 Greenwich Street, 7th Floor, New York, NY 10013-2376 |
| 8433646 | + | William Kaplan, 350 Central Park West, 13th Floor, Suite I, New York, NY 10025-6547 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: LDUC@AOL.COM | Sep 04 2025 19:01:00 | Gregory M. Messer, Law Offices of Gregory Messer, PLLC, 26 Court Street, Suite 2400, Brooklyn, NY 11242-1124 |
| cr | + | EDI: AISACG.COM | Sep 04 2025 23:06:00 | Ford Motor Credit Company LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 8440870 | + | EDI: AISACG.COM | Sep 04 2025 23:06:00 | AIS Portfolio Services LLC, attn: Ford Motor Credit Compan, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 8433621 | + | Email/PDF: bncnotices@becket-lee.com | Sep 04 2025 19:12:53 | AMERICAN EXPRESS, P.O. BOX 1270, NEWARK NJ 07101-1270 |
| 8463576 | | Email/PDF: bncnotices@becket-lee.com | Sep 04 2025 19:12:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

24-10092-mg    Doc 65    Filed 09/06/25    Entered 09/07/25 00:11:13    Imaged
Certificate of Notice    Pg 4 of 5

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: 318 | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 8433623 | | EDI: BANKAMER | Sep 04 2025 23:00:00 | Bank of America, P.O. Box 672050, Dallas TX 75267-2050 |
| 8433624 | + | EDI: TSYS2 | Sep 04 2025 23:06:00 | Barclays, PO BOX 13337, PHILADELPHIA PA 19101-3337 |
| 8433627 | + | EDI: JPMORGANCHASE | Sep 04 2025 23:00:00 | Chase CARDMEMBER SERVICE, PO BOX 1423, CHARLOTTE NC 28201-1423 |
| 8433631 | + | EDI: DISCOVER | Sep 04 2025 23:00:00 | DISCOVER, PO BOX 70176, PHILADELPHIA PA 19176-0176 |
| 8458986 | | EDI: DISCOVER | Sep 04 2025 23:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 8433632 | ^ | MEBN | Sep 04 2025 18:59:18 | FedEx, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 8483681 | | Email/Text: EBNBKNOT@ford.com | Sep 04 2025 19:01:00 | Ford Motor Credit Company, LLC, PO Box 650004, Dallas, TX 75265-0004 |
| 8521517 | + | EDI: AISACG.COM | Sep 04 2025 23:06:00 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 8433634 | + | EDI: IRS.COM | Sep 04 2025 23:06:00 | IRS CENTER, P.O. BOX 931000, LOUISVILLE, KY 40293-1000 |
| 8464941 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 04 2025 19:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 8458584 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 04 2025 19:01:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 8433644 | + | EDI: TDBANKNORTH.COM | Sep 04 2025 23:06:00 | TD BANK, N.A., PO BOX 100290, COLUMBIA SC 29202-3290 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | AIS Portfolio Services LLC |
| unk | | Ford Motor Credit Company, LLC |
| unk | | On behalf of concerned friends and family of Mr. T |
| aty | *+ | Gregory M. Messer, Law Offices of Gregory Messer, PLLC, 26 Court Street, Suite 2400, Brooklyn, NY 11242-1124 |
| 8467483 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8464943 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 8433628 | ##+ | Comprehensive Family Services, 450 Lexington Avenue, 4th Floor, New York, NY 10017-3912 |
| 8433630 | ##+ | Di Fabio & Associates, 2500 Westchester Ave, Suite 107, Purchase, NY 10577-2515 |
| 8433633 | ##+ | HKMP, 104 West 40th Street, 12th Floor, New York, NY 10018-3661 |
| 8433638 | ##+ | Paykin Krieg & Adams, 2500 Westchester Ave, Suite 107, Purchase, NY 10577-2515 |

TOTAL: 3 Undeliverable, 3 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

24-10092-mg    Doc 65    Filed 09/06/25    Entered 09/07/25 00:11:13    Imaged
Certificate of Notice    Pg 5 of 5

| District/off: 0208-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: 318 | Total Noticed: 36 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Sep 06, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Erica Feynman Aisner | on behalf of Unknown Jyothsna Natauri eaisner@kacllp.com bleonardo@kacllp.com;aisner.ericab112129@notify.bestcase.com;ktuli@kacllp.com |
| George Fontana, Jr | on behalf of Creditor Ford Motor Credit Company LLC gfontana@fontananapolitano.com rnapolitano@fontananapolitano.com |
| Gregory M. Messer | on behalf of Trustee Gregory M. Messer lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com |
| Gregory M. Messer | lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com |
| Linda Riffkin | on behalf of U.S. Trustee United States Trustee linda.riffkin@usdoj.gov |
| Morse Geller | on behalf of Debtor Tiku Govino Natauri mgadv1@aol.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 7