UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re:  Tiku Govino Natauri | : | Chapter 7 |
| | : | |
| | : | Case No. 24-10092 (MG) |
| Debtor | : | |
| | : | |

# ORDER VACATING ORDER DENYING APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED

On January 8, 2026, the debtor filed a motion to reopen chapter 7 case.

On January 9, 2026, the debtor filed an application to have the motion to reopen filing fee waived.

On January 9, 2026, the debtor filed an amended application to have the motion to reopen filing fee waived.

On January 15, 2026, an order denying application to have the chapter 7 filing fee waived and directing the debtor to pay the filing fee in installment payments (the "Order") [ECF 70] was issued; however, the Order was improvidently entered.

It is, therefore,

**ORDERED,** that the Order, dated January 15, 2026, is hereby **vacated**.

Dated: New York, New York
January 20, 2026

*/s/ Lisa G. Beckerman*
The Honorable Lisa G. Beckerman
United States Bankruptcy Judge