**LAW OFFICE OF MORSE GELLER**
**277 SYCAMORE STREET**
**WEST HEMPSTEAD, N.Y. 11552**
**516-564-6734(TEL)**
**516-538-7221 (FAX)**

516-220-1752 (CELL)                                             MGADV1@AOL.COM

January 22, 2026

The Hon. Martin Glenn
CHIEF JUDGE
UNITED STATES BANKRUPTY COURT
1 Bowling Green
New York, N.Y. 10004-1408

Re:    Motion to open discharged case
       In re Tiku Natauri
       File No. 24-10092-mg

Honorable Sir,

I write in response to Mr. Natauri's letter to you of January 8, 2026 in which he informs the Court of his desire to reopen his case, already discharged (I understand the Court has granted Mr. Natauri's motion).

As the Court knows I was the attorney of record for Mr. Natauri when his case was opened and through the discharge.

I have some very basic knowledge of some of the issues Mr. Natauri raises in his January 8, 2026 letter to you but most of the issues are "virgin soil" to me.

I am compelled to inform the Court that my ability and knowledge in bankruptcy matters do not extend to the complexities raised by Mr. Natauri in his letter. Had he raised those issues with me at the onset I might very well have declined to represent him.

As it is, Mr. Natauri and I have discussed his situation and he has informed me that he does not wish for me to represent him in this new undertaking. Additionally, for various reasons mostly relating to my health I feel unable to accept what appears to be a strenuous litigation even if Mr. Natauri would have asked me to represent him.

I spoke with your assistant yesterday and she informed that this letter should suffice in place of a motion to be excused from the case. I do hope that that will be the case. Please be good enough to let me know if this is the case. Should you require anything further please let me know and I will be happy to comply with your request.

Thanking you in advance for your very kind, anticipated courtesy and consideration in this matter (and all matters), I remain

Sincerely,

*[signature]*

Morse Geller