**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:

        Tiku Govino Natauri

                      Debtor.

Chapter 7

Case No. 24-10092 (MG)

------------------------------------------------------------------------x

## ORDER REOPENING THE CASE

**MARTIN GLENN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

The Debtor's *Motion to Reopen the Case* (ECF Doc. # 67) is **GRANTED** and the case is reopened. The Debtor's *Amended Application to Have the Chapter 7 Filing Fee Waived* (ECF Doc. # 69) is also **GRANTED**.

    **IT IS SO ORDERED.**

DATED:    January 22, 2026

                                                       */s/ Martin Glenn*
                                                 MARTIN GLENN
                                      Chief United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

In re: Case No. 24-10092-mg
Tiku Govino Natauri Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1      User: admin      Page 1 of 3
Date Rcvd: Jan 22, 2026      Form ID: pdf001      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiku Govino Natauri, 3210 Riverdale Avenue, Apartment 11A, Bronx, NY 10463-3695 |
| 8433622 | + | Balestriere PLLC, 225 Broadway, 29th Floor, New York, NY 10007-3090 |
| 8433625 | + | Bender & Crane LLP, 99 Madison Avenue, 8th Floor, New York, NY 10016-7419 |
| 8433626 | + | Bettina Thomsen, 26 Court Street, Brooklyn, NY 11242-0103 |
| 8433629 | + | Diamond Fee & Kalos, 570 Lexington Avenue, Suite 1600, New York, NY 10022-6837 |
| 8482822 | + | Held, Kranzler, McCosker & Pulice LLP, 104 West 40th Street, 10th Floor, United States, New York, NY 10018-3680 |
| 8433635 | + | Jyothsna Natauri, 50 West Street #PH56A, New York, NY 10006-2900 |
| 8443764 | + | Kriby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583-5013, Attn: Erica Aisner, Esq. |
| 8433636 | + | Matthew Secrest, 1406 Alameda Drive, Austin, TX 78704-2511 |
| 8433637 | | New York Life Insurance, PO Box 130539, Dallas TX 75313-0539 |
| 8451352 | + | New York State, Processing Center, PO Box 15555, Albany, NY 12212-5555 |
| 8433639 | | Polymath Holdings, c/o Walkers, 190 Elgin Avenue, George Town, Grand Cayman, KY1-9001 Cayman Islands |
| 8433640 | + | Receivable Management, PO box 5000, Fogelsville, PA 18051-5000 |
| 8433641 | + | Rottenstreich Farley Bronstein Fisher Potter Hodas, 500 Park Avenue, 8th Floor, New York, NY 10022-1606 |
| 8433642 | ++++ | SIPSAS, P.C., 3116 30TH AVE STE LL2, ASTORIA NY 11102-1545 address filed with court:, Sipsas, P.C., 31-16 30th Ave #201, Astoria, NY 11102 |
| 8433643 | + | STATE PROCESSING CENTER, P.O. BOX 15555, ALBANY, NY 12212-5555 |
| 8433645 | + | William Beslow, 375 Greenwich Street, 7th Floor, New York, NY 10013-2376 |
| 8433646 | + | William Kaplan, 350 Central Park West, 13th Floor, Suite I, New York, NY 10025-6547 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8440870 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 19:24:05 | AIS Portfolio Services LLC, attn: Ford Motor Credit Compan, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 8433621 | + | Email/PDF: bncnotices@becket-lee.com | Jan 22 2026 19:55:57 | AMERICAN EXPRESS, P.O. BOX 1270, NEWARK NJ 07101-1270 |
| 8463576 | | Email/PDF: bncnotices@becket-lee.com | Jan 23 2026 10:05:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8433623 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 22 2026 19:13:00 | Bank of America, P.O. Box 672050, Dallas TX 75267-2050 |
| 8433624 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 22 2026 19:13:00 | Barclays, PO BOX 13337, PHILADELPHIA PA 19101-3337 |
| 8433627 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 22 2026 19:24:05 | Chase CARDMEMBER SERVICE, PO BOX 1423, CHARLOTTE NC 28201-1423 |

24-10092-mg   Doc 75   Filed 01/24/26   Entered 01/25/26 00:12:19   Imaged
Certificate of Notice   Pg 3 of 4

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: pdf001 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 8433631 | + | Email/Text: mrdiscen@discover.com | Jan 22 2026 19:13:00 | DISCOVER, PO BOX 70176, PHILADELPHIA PA 19176-0176 |
| 8458986 | | Email/Text: mrdiscen@discover.com | Jan 22 2026 19:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 8433632 | ^ | MEBN | Jan 22 2026 19:11:35 | FedEx, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 8483681 | | Email/Text: EBNBKNOT@ford.com | Jan 22 2026 19:13:00 | Ford Motor Credit Company, LLC, PO Box 650004, Dallas, TX 75265-0004 |
| 8521517 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 19:24:08 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 8433634 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2026 19:13:00 | IRS CENTER, P.O. BOX 931000, LOUISVILLE, KY 40293-1000 |
| 8464941 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 22 2026 19:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 8458584 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 22 2026 19:13:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 8433644 | + | Email/Text: bankruptcy@td.com | Jan 22 2026 19:13:00 | TD BANK, N.A., PO BOX 100290, COLUMBIA SC 29202-3290 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8467483 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8464943 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 8433628 | ##+ | Comprehensive Family Services, 450 Lexington Avenue, 4th Floor, New York, NY 10017-3912 |
| 8433630 | ##+ | Di Fabio & Associates, 2500 Westchester Ave, Suite 107, Purchase, NY 10577-2515 |
| 8433633 | ##+ | HKMP, 104 West 40th Street, 12th Floor, New York, NY 10018-3661 |
| 8433638 | ##+ | Paykin Krieg & Adams, 2500 Westchester Ave, Suite 107, Purchase, NY 10577-2515 |

TOTAL: 0 Undeliverable, 2 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 22, 2026 | Form ID: pdf001 | Total Noticed: 33 |

| Name | Email Address |
|---|---|
| Erica Feynman Aisner | on behalf of Unknown Jyothsna Natauri eaisner@kacllp.com bleonardo@kacllp.com;aisner.ericab112129@notify.bestcase.com;ktuli@kacllp.com |
| George Fontana, Jr | on behalf of Creditor Ford Motor Credit Company LLC gfontana@fontananapolitano.com   rnapolitano@fontananapolitano.com |
| Gregory M. Messer | on behalf of Trustee Gregory M. Messer lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com |
| Gregory M. Messer | lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com |
| Linda Riffkin | on behalf of U.S. Trustee United States Trustee linda.riffkin@usdoj.gov |
| Morse Geller | on behalf of Debtor Tiku Govino Natauri mgadv1@aol.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 7